# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| WILBERT LEE HICKS, | ) | No. CV 12-5857-PLA |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| D. PARAMO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the memorandum decision and order, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 31, 2014

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE